# Court of Appeals
# of the State of Georgia

ATLANTA, _January 17, 2017_

*The Court of Appeals hereby passes the following order:*

### A17A0580. AARON THORNTON v. UNIFUND CCR PARTNERS ASSIGNEE OF CHASE BANK (USA), N. A.

Upon consideration of the Appellant's MOTION FOR PERMISSION TO WITHDRAW THE APPEAL in the above-styled case, pursuant to Court of Appeals Rule 41 (g) (1), it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__01/17/2017_____*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*